**Opinion issued January 26, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-15-00503-CV**

———————————

**AIC MANAGEMENT, Appellant**

**V.**

**SANDPOINT CONDOMINIUM ASSOCIATION, INC. AND RANDALL MANAGEMENT, INC., Appellees**

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Case No. 2014-04767

## MEMORANDUM OPINION

Appellant, AIC Management, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon

2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals).  After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.